THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv26

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida not for profit corporation, and DENISE PAYNE, Individually, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DILLARD'S INC., a Foreign Corporation, )<br><br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Notice [Doc. 8] advising that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 9, 2012

Martin Reidinger
United States District Judge